UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **FIRST PENTECOSTAL CHURCH OF RAGLEY, INC.** | **CIVIL ACTION NO. 2:22-CV-01185** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CHURCH MUTUAL INSURANCE COMPANY** | **MAGISTRATE THOMAS P. LEBLANC** |

### ORDER

Considering the foregoing;

IT IS **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims in the above-numbered and entitled matter are hereby dismissed, with full prejudice, each party to bear its own costs.

**THUS DONE AND SIGNED** in Chambers this 21st day of August, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE